AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☒ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol or Drugs - Class B Misdemeanor;
36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood Alcohol Percentage of 0.08% or More - Class B Misdemeanor

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Class B Misdemeanors:
Maximum Fine: $5,000
Maximum Prison Term: 6 months imprisonment
Special Assessment: $10

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2010 JUL -2 P 1:28

DEFENDANT - U.S

▶ Cesar Jarquin

DISTRICT COURT NUMBER
CR 10 0517 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    ACADIA L. SENESE

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes"
been filed? ☐ No give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10 0517 MAG |
| Plaintiff, | VIOLATIONS: Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Percentage of 0.08% or More (Class B Misdemeanor) |
| v. | |
| CESAR JARQUIN, | |
| Defendant. | SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about April 2, 2010, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

CESAR JARQUIN,

was operating and in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

INFORMATION

COUNT TWO: 36 C.F.R. § 1004.23 (a)(2) - Operating a Motor Vehicle With a Blood Alcohol Percentage of 0.08% or More

On or about April 2, 2010, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

CESAR JARQUIN,

was operating and in actual physical control of a motor vehicle with a blood alcohol content greater than 0.08%, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 7/2/10

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG LOWDER
Chief, Major Crimes Section

(Approved as to form: _____
ACADIA L. SENESE
Special Assistant United States Attorney

INFORMATION