# SPECIAL ASSESSMENT
# PAID IN FULL

Defendant: Cesar Jarquin

Amount $ 10.00          Date: 12/7/10

# FINE
# PAID IN FULL

Defendant: Cesar Jarquin          Date: 12/7/10

Fine $ 1,000.00          Interest $ 0.00

**Case Number**   DCAN310CR000517   **Case Title**   US V JARQUIN

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|--------|------------|-----------|-----------:|----------------:|------------------:|
| 001 | CESAR JARQUIN | SPECIAL PENALTY ASSESSMENT | 10.00 | 10.00 | 0.00 |
| 001 | CESAR JARQUIN | FINE-CRIME VICTIMS FUND | 1,000.00 | 1,000.00 | 0.00 |
| | | | 1,010.00 | 1,010.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|-----------------|-----------------|--------------|--------------|------------------|